# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>BEATRICE GALINDO, et al,<br><br>    Defendants. | 1:18-cv-00955-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>**(Doc. 6)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. When Plaintiff failed to do either, despite being ordered to do so, an order issued for Plaintiff to show cause why the action should not be dismissed based on his failure to obey the Court's order. Plaintiff's response to the order to show cause has been received and the Court accepts the explanation Plaintiff provided.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, that issued on September 27, 2018, (Doc. 6), is discharged; and

2. Within twenty-one (21) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to**

1

**comply with this order will result in recommendation of dismissal.**

IT IS SO ORDERED.

Dated:     **October 29, 2018**                             /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE