# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>JEROME J. MACK, et al.,<br><br>Defendants. | Case No. 1:18-cv-00955-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED**<br><br>**(Docs. 10, 13)**<br><br>**21-DAY DEADLINE** |

Plaintiff, Durrell Anthony Puckett, a state inmate proceeding *pro se*, filed a motion to proceed *in forma pauperis* along with this civil rights action pursuant to 42 U.S.C. § 1983.

It appears that it may be inappropriate to grant Plaintiff's motion because the statement report of Plaintiff's inmate account provided by the CDCR indicates that less than a month before filing this action, Plaintiff had over $500 at his disposal to pay the filing fee. Instead of paying the filing fee, however, Plaintiff chose to spend nearly $400 the day he signed the Complaint and the day before his action was filed. (*Compare*, Doc. 1, p. 12 & Doc. 13, p. 2.)

Proceeding "*in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed *IFP*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD), 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. Dec. 30, 2015) (citing *Temple v. Ellerthorpe*, 586 F.

Supp. 848, 850 (D.R.I. 1984)). "[T]he court shall dismiss the case at any time if the court determines the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A). It appears that Plaintiff has had sufficient funds over the last several months to be required to pay the filing fee in full to proceed in this action, but chose to spend his money elsewhere.

Accordingly, it is **HEREBY ORDERED** that, **within 21 days** of the date of service of this order, Plaintiff must show cause why his motion to proceed *in forma pauperis* should not be denied and this action dismissed without prejudice to refiling with prepayment of the filing fee; alternatively, Plaintiff may file a notice of voluntary dismissal.

**Failure to respond to this order will result in recommendation of dismissal for Plaintiff's failure to obey a court order.**

IT IS SO ORDERED.

Dated: __**November 30, 2018**__     _____/s/ *Sheila K. Oberto*_____
                                      UNITED STATES MAGISTRATE JUDGE